UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR 2 3 2014
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | **4:14CR00117 CDP/TCM** |
| v. | ) No. | |
| BRANDON HARPER, | ) ) ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about, February 6, 2014, in the City of St. Louis, within the Eastern District of Missouri,

BRANDON HARPER,

the defendant herein, having been convicted previously in the 22nd Judicial Court for the State of Missouri, of the crime of Trafficking Drugs in the Second Degree, a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
Thomas J. Mehan #28958MO
Assistant United States Attorney